Case 1:24-cr-00145-VEC    Document 6    Filed 03/14/24    Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA              :
                                      :
            -against-                 :     24-CR-145 (VEC)
                                      :
                                      :     <u>ORDER</u>
YASSER CRUZ,                          :
                        Defendant.    :
                                      :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 14, 2024, the parties requested that the Court schedule an arraignment and initial conference.

IT IS HEREBY ORDERED that an arraignment and initial conference will be held on **Thursday, March 28, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  March 14, 2024**                                     _____
      **New York, NY**                                          **VALERIE CAPRONI**
                                                              **United States District Judge**