USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                   :

  UNITED STATES OF AMERICA             :

                                 :

            -against-            :        24-CR-145 (VEC)

                                 :

                               :         ORDER

  YASSER CRUZ,                     :

                    Defendant.    :

                               :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 28, 2024, the parties appeared before the Court for an arraignment and initial conference (the "Conference");

IT IS HEREBY ORDERED any pre-trial motions are due not later than **Friday, May 3, 2024**, any responses are due not later than **Friday, May 17, 2024,** and any replies are due not later than **Friday, May 24, 2024**.

IT IS FURTHER ORDERED that any expert disclosures are due not later than **Friday, May 10, 2024**.

IT IS FURTHER ORDERED that any motions *in limine* are due not later than **Friday, May 17, 2024**, and any responses are due not later than **Friday, May 31, 2024**.  The parties' proposed voir dire questions and requests to charge are due not later than **Friday, May 17, 2024**.

IT IS FURTHER ORDERED that a Final Pre-Trial Conference is scheduled for **Thursday, June 13, 2024, at 2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.  Jury selection and trial will commence on **Monday, June 17, 2024, at 9:30 A.M.**

IT IS FURTHER ORDERED that the period of time between March 28, 2024, and June 13, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  As stated on the

record at the Conference, the Court finds that the ends of justice outweigh the interest of the

public and the Defendant in a speedy trial because of the need for the defense to receive and

review discovery and to accommodate defense counsel's schedule.

**SO ORDERED.**

**Date:  March 28, 2024**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**