```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
   UNITED STATES OF AMERICA

                -against-                    24-CR-145 (VEC)

                                                     ORDER

   YASSER CRUZ,
                           Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 5, 2024, the Government notified the Court that Defendant Yasser Cruz requests a change of plea hearing.

       IT IS HEREBY ORDERED that Mr. Cruz's change of plea hearing is scheduled for **Thursday, June 13, 2024, at 11:00 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.


**SO ORDERED.**

**Date: June 6, 2024**
      **New York, NY**

_____
                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**