USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
                -against- : 24-CR-145 (VEC)
:
: ORDER
:
YASSER CRUZ, :
                          Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 13, 2024, Defendant Yasser Cruz appeared for a plea conference, during which he pled guilty to Count One of the Indictment;

    IT IS HEREBY ORDERED that the parties must appear for sentencing on **Tuesday, October 15, 2024, at 2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions are due no later than **Tuesday, October 1, 2024**.

    IT IS FURTHER ORDERED that, by not later than **Friday, June 21, 2024**, the Government may submit a supplemental brief, not to exceed five pages, regarding whether Mr. Cruz is subject to mandatory remand following his guilty plea.  Defendant's deadline to file a responsive supplemental brief, also not to exceed five pages, is **Friday, June 28, 2024**.

    IT IS FURTHER ORDERED that Mr. Cruz's bail conditions are to remain in place.

**SO ORDERED.**

                                                                        _____

**Date:  June 13, 2024**
        **New York, NY**                                       **VALERIE CAPRONI**
                                                                           **United States District Judge**