| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa<br>*Executive Director* | Jennifer L. Brown<br>*Attorney-in-Charge* |

August 8, 2024



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2024

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: <u>United States v. Yasser Cruz</u>**
  **24-Cr-145 (VEC)**

**MEMO ENDORSED**

Dear Judge Caproni:

     I write to request that the Court adjourn the sentencing in this matter by approximately thirty days. The government consents to this request.

     Mr. Cruz pled guilty on June 13, and his sentencing was scheduled for October 15. Just prior to his scheduled presentence interview with the Probation Department, his case had to be unexpectedly reassigned to a new Probation Officer. The interview had to be delayed by two weeks, and Probation has advised that the final presentence report will not be disclosed until October 4. The parties' sentencing submissions, however, are currently due on October 1.

     It is therefore requested that the Court adjourn Mr. Cruz's sentencing by approximately one month, to permit the parties a sufficient opportunity to review the final pre-sentence report prior to filing their sentencing submissions. I have conferred with the government, and the parties are available any time on November 13-November 15, or November 20. We can also provide additional availability if those dates are inconvenient for the Court.

Sincerely,

*/s/ Michael Arthus*

Michael Arthus
Assistant Federal Defender
212-417-8760

cc.: AUSA Joseph Rosenberg

---

Application GRANTED. Mr. Cruz's sentencing is ADJOURNED from Tuesday, October 15, 2024, at 2:30 P.M. to **Thursday, November 14, 2024, at 11:30 A.M.** The deadline for the parties to file sentencing submissions is extended from Tuesday, October 1, 2024, to **Thursday, October 31, 2024**.

SO ORDERED.

*/s/ Valerie Caproni*     8/8/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE