# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2024

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/24

**MEMO ENDORSED**

Re: **United States v. Yasser Cruz**
24-Cr-145 (VEC)

Dear Judge Caproni:

I write to request that the Court adjourn the sentencing in this matter until mid-December. The government consents to this request.

Mr. Cruz pled guilty on June 13, and his sentencing is currently scheduled for November 14. We are still awaiting some outstanding mental health records, which are necessary for us to complete our sentencing submission on Mr. Cruz's behalf. We are confident we will have those records by mid- to late-November. The only previous adjournment of sentencing was a 30-day adjournment due to a delay in Probation's completion of the pre-sentence report.

We therefore request that the Court adjourn Mr. Cruz's sentencing to either December 19 or December 20. We also request that the Court permit the parties to file their sentencing submissions on December 10 or December 11, respectively, as the government has advised that it will be unavailable to file a submission between November 22-December 6.

If those dates do not work for the Court, we are happy to propose alternatives. Please note that defense counsel will be unavailable from December 24-January 1.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc.: AUSA Joseph Rosenberg

Application GRANTED.  Mr. Cruz's sentencing scheduled for Thursday, November 14, 2024, at 11:30 A.M. is ADJOURNED to **Thursday, December 19, 2024, at 10:30 A.M.**  The deadline for the parties to file sentencing submissions is extended from Thursday, October 31, 2024, to **Tuesday, December 10, 2024**.

SO ORDERED.

*[signature]*     10/16/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE