USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-                          24-CR-145 (VEC)

                                                 ORDER

YASSER CRUZ,

                        Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendant Yasser Cruz is scheduled to be sentenced on December 19, 2024, *see* Dkt. 38; and

      WHEREAS the Court needs to adjourn Mr. Cruz's sentencing;

      IT IS HEREBY ORDERED that Mr. Cruz's sentencing is ADJOURNED from Thursday, December 19, 2024, at 10:30 A.M. to **Wednesday, February 5, 2025, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: December 16, 2024**　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
**New York, NY**　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**