```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA

                -against-                        24-CR-145 (VEC)

                                              ORDER
    YASSER CRUZ,
                          Defendant.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendant Yasser Cruz is scheduled to be sentenced on February 5, 2025, *see* Dkt. 42; and

       WHEREAS the Court is no longer available at that time;

       IT IS HEREBY ORDERED that Mr. Cruz's sentencing is ADJOURNED from Wednesday, February 5, 2025, at 10:30 A.M. to **Thursday, February 20, 2025, at 10:30 A.M.** Please note that the Undersigned's Courtroom has changed, and the sentencing will now take place in Courtroom **20C**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date:  January 31, 2025**
        **New York, NY**                                                  **VALERIE CAPRONI
                                                                   United States District Judge**