USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                  24-CR-145 (VEC)

                                                ORDER

YASSER CRUZ,

                        Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant Yasser Cruz is scheduled to be sentenced on February 20, 2025, *see* Dkt. 43; and

    WHEREAS Defense counsel is not available at that time;

    IT IS HEREBY ORDERED that Mr. Cruz's sentencing is ADJOURNED from Thursday, February 20, 2025, at 10:30 A.M. to **Monday, February 24, 2025, at 2:00 P.M.**  Please note that the Undersigned's Courtroom has changed, and the sentencing will now take place in Courtroom **20C**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date: February 3, 2025**
**New York, NY**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**