USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-       24-CR-145 (VEC)

    ORDER

YASSER CRUZ,

    Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant Yasser Cruz is scheduled to be sentenced on Monday, February 24, 2025; and

    WHEREAS the Government's sentencing submission references video evidence of Defendant's possession of a firearm on the night of his arrest, *see* Dkt. 40 at 1–2;

    IT IS HEREBY ORDERED that the Government must provide the Court with the videos referenced in its sentencing submission by close of business today, **February 21, 2025**.

**SO ORDERED.**

Date:  February 21, 2025
       New York, NY

                              **VALERIE CAPRONI**
                              **United States District Judge**