USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2025

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 23, 2025

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re: **United States v. Yasser Cruz**
        **24-Cr-145 (VEC)**

Dear Judge Caproni:

    I write to request that the Court grant a one-time modification of Mr. Cruz's probation conditions to permit him to attend his youngest daughter's dance recital on June 28 in East Haven, CT. Neither the government nor Probation has any objection.

    On February 24, Mr. Cruz was sentenced to five years' probation, with the first year to be spent on home confinement. As the Court may recall, Mr. Cruz is a devoted father to his four-year-old daughter. Mr. Cruz's daughter will be participating in the year's biggest dance recital that is being held at a nearby local high school in East Haven, CT, on June 28. Although this event is happening in Connecticut, Probation has informed me that a Court order is required since it would involve an exception outside the home confinement conditions in the judgment.

    Probation has informed me that Mr. Cruz has been doing well on home confinement, and it has no objection to the modification. The government likewise has no objection.

    It is therefore requested that the Court modify Mr. Cruz's probation conditions to permit him to travel to East Haven, CT, on June 28, to attend his daughter's dance recital, which is taking place from 9 a.m. to 1 p.m.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc.: AUSA Joseph Rosenberg

---

Application GRANTED. Mr. Cruz's probation conditions are modified to permit him to travel to East Haven, Connecticut, on June 28, 2025.
SO ORDERED.

*/s/ Valerie Caproni*   6/24/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE