USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2025

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 1, 2025

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: <u>United States v. Yasser Cruz</u>
    24-Cr-145 (VEC)

Dear Judge Caproni:

I write to request that the Court grant a modification of Mr. Cruz's probation conditions to permit him to assist with his mother-in-law's medical needs as approved by Probation on a case-by-case basis. Neither the government nor Probation has any objection.

On February 24, Mr. Cruz was sentenced to five years' probation, with the first year to be spent on home confinement. Mr. Cruz's mother-in-law was recently diagnosed with a serious and potentially terminal medical condition. She is expected to need significant medical assistance going forward, including help attending medical appointments or receiving home care. Probation does not currently have the authority to approve requests for Mr. Cruz to assist his mother-in-law with her medical needs.

It is therefore requested that the Court modify Mr. Cruz's probation conditions to add the following condition: "Probation may approve, on a case-by-case basis, modifications of the defendant's terms of release to allow the defendant to assist his mother-in-law with her medical-related needs." Neither Probation nor the government has any objection.

Sincerely,

*/s/ Michael Arthus*

Michael Arthus
Assistant Federal Defender
212-417-8760

cc.: AUSA Joseph Rosenberg

Application GRANTED. Defendant's probation conditions are modified such that Probation may approve, on a case-by-case basis, modifications of Defendant's terms of probation to allow him to assist his mother-in-law with her medical-related needs.

SO ORDERED.

8/1/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE